IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEN MCWATTERS | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 20–cv-1092 (TSC) |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION TO ENTER JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiff Ken McWatters ("Plaintiff") hereby respectfully moves the Court to issue a separate Judgment document in favor of Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives, pursuant to this Court's August 15, 2022 Amended Memorandum Opinion [Dkt 22] and Amended Order [Dkt 23] in the above captioned action, and as expressly required by Federal Rule of Civil Procedure 58(a). The undersigned counsel for Plaintiff has conferred with counsel for Defendant in this matter, and has been informed that Defendant opposes this motion for a separate Judgment document to issue.

Plaintiff's position is that both this Court's Amended Memorandum Opinion [Dkt 22] and Amended Order [Dkt 23] expressly direct the Clerk fo the Court to "administratively close" this civil action, *see* Amended Memorandum Opinion at 9 [Dkt 22], *see also* Amended Order at 1 [Dkt 23], and that the above referenced language of this Court, closing out this action in response to the parties Cross Motions for Summary Judgment, is the precisely the type of final

order which requires issuance of a separate Judgment document pursuant to Federal Rule of Civil Procedure 58(a). *See e.g. Shalala v. Schaefer*, 509 U.S. 292 (1993). Based upon the Court's final ruling in this civil action, Plaintiff believes that an Order for Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives should be issued at this time.

Federal Rule 58(d) provides that "[a] party may request that judgment be issues in a separate document as required by Rule 58(a)."  Rule 58(a), in turn, provides that "[e]very judgment and amended judgment must be set out in a separate document" except if the judgment relates to an order that falls within one of the categories enumerated in Rule 58(a). A Motion for Summary of Judgment is not one of the listed enumerated categories. *See* Federal Rule of Procedure 58(a). This Court has not to date issued a final judgment in a separate judgment, pursuant to Rule 58(a), after directing the closure of this case in response to this Court's final disposition of the parties cross motions for summary judgment. Plaintiff McWatters seeks issuance of a Judgment in this action by the Court, so that Plaintiff may timely appeal the Court's August 15, 2022, Amended Order [Dkt 22] and Amended Memorandum Opinion [Dkt 23] to the United States Court of Appeals for the District of Columbia.

In conferring with Defendant  regarding this request for a Judgment to issue, Defendant has expressly requested that Plaintiff inform the Court that (a) Defendant opposes issuance of a Judgment for Defendant  Bureau of Alcohol, Tobacco, Firearms and Explosives, and (b) Defendant requests that the Court allow Defendant to file a renewed motion for summary judgment, on or before November 9, 2022.  In response, Plaintiff McWatters has indicated to Defendant, that he does not view the Court's August 15, 2022 Amended Memorandum Opinion and Amended Order as an invitation for any additional summary judgment briefing in this action,

and that the express language of both the Amended Memorandum Opinion and Amended Order contain language directing the closure of this civil action, with no direction or suggestion of any further proceedings or any further briefings by the parties to this action. Plaintiff has noted that the language of both recent amended filings by the Court contain language expressly indicating that this civil action is now over, and directing the clerk to administratively close this action.

Based upon the express language of this Court's Amended Memorandum Opinion [Dkt 22] and Amended Order [Dkt 23], a separate Judgment should now be issued in this action pursuant to Federal Rule 58(a). However, if Plaintiff has misconstrued the Court's Amended Opinion and Amended Order, and it was in fact the Court's intention to request further summary judgment briefing by the parties to this action, Plaintiff would respectfully request: (a) that the Court issue a revised Amended Opinion and Amended Order, clarifying that the Court seeks further summary judgment briefing by the parties to this action at this time, and (b) allowing the parties to submit a proposed supplemental briefing schedule, setting forth the parties' proposed schedule for filing response and reply briefing for cross motion for supplemental summary judgment filings, to address any reaming issues in this action, and any issues presented in the Defendant's November 9, 2022 supplemental motion for summary judgment filed in this action.

Respectfully submitted, this 19th day of September, 2022.

/s/ Daniel J. Stotter
Daniel J. Stotter (WI0015)
STOTTER & ASSOCIATES LLC
408 SW Monroe Ave., Ste. M210E
Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net

**Attorney for Plaintiff**